UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZEA REED,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>ERNEST ROE, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 13-3054 ODW(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: May 10, 2013

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE